U.S. DISTRICT COURT
FEDERAL DISTRICT COURT
CONCORD, NEW HAMPSHIRE

COUNTY OF

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2004 APR 14 A 9:26

April 12, 2004

COMPLAINT
&
SUMMONS

C.04-135-M

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Rosemary Gilroy et al,
   Plaintiff
     vs
David Letterman, Defendant
Craig Kilborne, Defendant
CBS, Broadcast, Inc., Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil no:

## SUMMONS & COMPLAINT

"**NOW COMES** the Plaintiff, Rosemary A. Gilroy, who brings suit in the amount of Fifty-Three Million ($53,000,000) Dollars against Defendants herein named David Letterman, "The Late Show," Craig Kilborne, "The Late, Late Show", and their respective Television Station, CBS, Broadcast, Inc., because the Defendant(s) committed the following crimes and breaches against the Plaintiff named herein:

### FOR LOSSES SUFFERRED BY PLAINTIFF in the Following:

Real Estate Investments;
Income Loss from Fine Arts Painting;
Income Loss from Publication of Plaintiff's Book;
Income Loss from Savings/Cash on Hand;
Income Loss from Stock Market Investments;
Income Loss due to Selling at a Lesser Price than Fair Market
    Value of Plaintiff's Commercial Properties

### LOSSES IN REAL ESTATE INVESTMENTS:

Therefore, Plaintiff herein accuses Defendant(s) of being directly and indirectly responsible for Plaintiff's Loss of the above described NET Annual Income potential in the range of the amount of Nine Hundred Thousand ($900,000) Dollars per year during a period of Fourteen years (14 years), for a Total Loss of NET Annual Income to Plaintiff in the amount of from Eight Million Four Hundred Thousand ($8,400,000) Dollars to Twelve Million Six Hundred Thousand ($12,600,000) Dollars for the years 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998 and 1999.

Therefore, if this Court apply Interest in the amount of 12%, compounded annually, to the above, the Court will arrive at an additional Loss of Interest Income suffered by the Plaintiff and

*1*

Dockets.Justia.com

Plaintiff's Heirs during the above fourteen years of 1986 through the year 1999, in the amount of Seventy Two Thousand ($72,000) to One Hundred and Eight Thousand ($108,000) Dollars per Year.

Therefore, if this Court, in so applying the above referred to Interest Income in the amount of 12%, compounded annually, to the above Losses suffered by the Plaintiff, the Court will arrive at an additional Total Loss of Earned Interest Income which was suffered by the Plaintiff and Plaintiff's Heirs during the fourteen year period of the years of 1986 through the year 1999 in the range of the amount of One Million and Eight Thousand ($1,008,000) Dollars to One Million and Five Hundred and Twelve Thousand ($1,512,000) Dollars.

Therefore, if this Court apply the above Loss of Annual NET Income to the four (4) subsequent years of 2000, 2001, 2002 and 2003, the Court will arrive at a Total Loss of NET Income for the four (4) subsequent years in the amount of from Two Million and Four Hundred Thousand ($2,400,000) Dollars to Three Million and Six Hundred Thousand ($3,600,000) Dollars.

Therefore, if this Court adds each of the following Items referred to above in the amount of:

| | |
|---|---|
| $12,600,000 | Earned Total Net Income Loss to Plaintiff during years 1986 through 1999: 14 years |
| $1,296,000 | Earned Interest Income potential Loss to Plaintiff during years 1986 through 1999: 14 years |
| $3,600,000 | Earned Total NET Income Loss to Plaintiff during years 2000, 2001, 2002 and 2003 and continuing to this Date: 4 years to Date of Filing |
| $432,000 | Earned Interest Income potential Loss to Plaintiff during years 2000, 2001, 2002 and 2003 and continuing to this Date: 4 years to Date of Filing |
| $17,928,000 | TOTAL: Loss of Income suffered by Plaintiff to Date of Filing in Regard to Real Estate Potential Earned Income |

this Court will arrive at a Total Loss of Earned Income Potential of Plaintiff and to Plaintiff's Children and Heirs TO DATE in the range of the amount of :

Seventeen Million Nine Hundred and Twenty-Eight Thousand ($17,928,000).

Plaintiff herein demands that Court award Plaintiff the amount of Seventeen Million Nine Hundred and Twenty-Eight Thousand ($17,928,000) Dollars in damages and to order Defendant (s) herein named to pay above amount to Plaintiff.

Because the Defendant(s) acted Willfully, Deceptively, Maliciously, Interferred with the Plaintiff's Inalienable Rights, Invaded the Plaintiff's Privacy, were involved in a Conspiracy to Invade

Plaintiff's Privacy, unmercifully Harassed Plaintiff during innumerable years, and ongoing to this date, Plaintiff herein named demands that this Honorable Court order Defendant(s) herein named to pay Plaintiff Treble Damages, but in no event less than Double Damages, plus 12% Interest, Compounded Annually, plus reasonable Attorney Fees and Court Costs.

Because the Defendants acted Willfully, Deceptively, Maliciously, Interferred with the Plaintiff's Inalienable Rights, Invaded the Plaintiff's Privacy, were involved in a Conspiracy to Invade Plaintiff's Privacy, unmercifully Harassed Plaintiff during innumerable years, and ongoing to this date, Plaintiff herein named demands that this Honorable Court order Defendant(s) herein named to pay Plaintiff Treble Damages plus 12% Interest, Compounded Annually, in the Total Amount of Fifty Three Million Seven Hundred and Eighty-Four Thousand ($53,784,000) Dollars, but in no event less than Double Damages, plus 12% Interest, Compounded Annually, Plaintiff demands that Court order Defendants to pay to Plaintiff the Total Amount of Thirty-Five Million Eight Hundred and Fifty Six Thousand ($35,856,000) Dollars, plus reasonable Attorney Fees and Costs, for Losses suffered by Plaintiff in regard to potential Real Estate Investments.

**LOSSES SUFFERED BY PLAINTIFF IN THE AREA OF FINE ARTS PAINTING:**
If the Court adds the above Amount of damages for Theft of Contents from Plaintiff's Home of Plaintiff's revolutionary approach in the area of Fine Arts Painting of Twenty Four Million ($24,000,000) Dollars to the 12% Interest, compounded annually, Total Amount of Twenty-Four Million ($24,040,000) Dollars, the Court will arrive at a Total Amount due to be paid to Plaintiff by Defendant(s) named herein of

Forty-Eight Million ($48,040,000) Dollars.

**ADDITIONAL LOSSES TO PLAINTIFF:**
**SEE ATTACHED COMPLAINT**

_Rosemary A. Gilroy_
Plaintiff