```
                                        U.S. DISTRICT COURT
                                         DISTRICT OF N.H.
                                              FILED

                                         Oct 28  11 02 AM '04
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Rosemary Gilroy

v.                              Civil Action No.C.04-135-JD

David Letterman, et al.


**JUDGMENT**

In accordance with the Order dated October 27, 2004 by United States District Judge Joseph A. DiClerico, Jr., judgment is hereby entered.


By the Court,

*[signature]*

James R. Starr, Clerk

October 28, 2004

cc:   Rosemary Gilroy, pro se
      Wilbury A. Glahn, III, Esq.

Dockets.Justia.com